IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM L. BREEDEN, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 14-6832 |
| | : | |
| v. | : | |
| | : | |
| J.A. ECKARD, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : : : : : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 22nd day of March, 2016, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2254 and the accompanying memorandum in support filed by the *pro se* petitioner, William L. Breeden (Doc. No. 1), the respondents' response thereto (Doc. No. 22), the state-court record, the report and recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 23), and the objections to the report filed by the petitioner (Doc. No. 26); and after reviewing the petitioner's opposition to the respondents' response (Doc. Nos. 24, 27); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

   1.  The petitioner's objections to the report and recommendations (Doc. No. 26) are **OVERRULED**;

   2.  The Honorable Carol Sandra Moore Wells' report and recommendation (Doc. No. 23) is **APPROVED** and **ADOPTED**;

   3.  The petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITHOUT AN EVIDENTIARY HEARING**;

4. The petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, the court **SHALL NOT** issue a certificate of appealability, 28 U.S.C. § 2253(c)(2); and

5. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.